IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Kemp, Keisha M

Printed: 10/29/08

Case Number: 07 B 03373
Judge: Squires, John H
Filed: 2/27/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 17, 2008
Confirmed: May 2, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 6,324.20 |  |
| Secured: |  | 4,208.56 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,763.70 |
| Trustee Fee: |  | 351.94 |
| Other Funds: |  | 0.00 |
| Totals: | 6,324.20 | 6,324.20 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,484.00 | 1,763.70 |
| 2. | Monterey Financial Services | Secured | 1,485.09 | 357.96 |
| 3. | Progressive Financial Services | Secured | 845.32 | 228.87 |
| 4. | Capital One Auto Finance | Secured | 20,283.77 | 3,621.73 |
| 5. | Capital One | Unsecured | 59.99 | 0.00 |
| 6. | Comcast Cablevision | Unsecured | 23.28 | 0.00 |
| 7. | United States Dept Of Education | Unsecured | 550.00 | 0.00 |
| 8. | Monterey Financial Services | Unsecured | 73.77 | 0.00 |
| 9. | Capital One Auto Finance | Unsecured | 1,752.32 | 0.00 |
| 10. | Capital One Auto Finance | Unsecured | 0.00 | 0.00 |
| 11. | Merrick Bank | Unsecured | 73.89 | 0.00 |
| 12. | Capital One | Unsecured | 70.29 | 0.00 |
| 13. | Premier Bankcard | Unsecured | 54.95 | 0.00 |
| 14. | Steven D Gertler & Assoc | Unsecured | 2,006.40 | 0.00 |
| 15. | Internal Revenue Service | Priority |  | No Claim Filed |
| 16. | Bally's Health Club | Unsecured |  | No Claim Filed |
| 17. | Allied Interstate | Unsecured |  | No Claim Filed |
| 18. | Check N Go | Unsecured |  | No Claim Filed |
| 19. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 20. | Payday Loan | Unsecured |  | No Claim Filed |
| 21. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
| 22. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
|  |  |  | $ 29,763.07 | $ 5,972.26 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Kemp, Keisha M

Printed: 10/29/08

Case Number:  07 B 03373
Judge:  Squires, John H
Filed:  2/27/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 5.45 |
| 5.4% | 281.04 |
| 6.5% | 65.45 |
|  | $ 351.94 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

